UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

JDC MANAGEMENT, LLC, | Case No.1:08-cv-760

    Plaintiff, | Honorable Paul L. Maloney

    v. |

TOM REICH, MICHAEL G. PETERSEN, and
SCOTT BOWEN, the Commissioner of State Lottery,
an officer of the State of Michigan,

    Defendants.

_____

## **JUDGMENT**

In accordance with the Opinion and Order filed this date:

All claims arising under federal law are **DISMISSED**.

Any claims arising under state law are **DISMISSED without prejudice**.

**Judgment** is found in favor of Defendants and against Plaintiff.

This case is **TERMINATED and CLOSED.**

**IT IS SO ORDERED this  24th  day of July 2009.**

                                            /s/ Paul L. Maloney
                                            Honorable Paul L. Maloney
                                            Chief United States District Judge